**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**WILLIE JAMES ROGERS, JR.,**     :
                                    :

       **Petitioner,**           :
                                    :

**v.**                           :
                                    :     **No. 5:10-CR-80 (CAR)**

**UNITED STATES OF AMERICA,**    :
                                    :

       **Respondent.**       :
_____ :

**ORDER ON THE RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 51] to deny Petitioner Willie James Rogers, Jr.'s Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docs. 39, 43] because Petitioner has failed to show that his counsel's performance was deficient or that he was prejudiced by his counsel's performance. No objection has been filed, and the time in which to do so has expired. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 51] is hereby **ADOPTED** and **MADE THE ORDER OF THIS COURT**. Petitioner's Motions [Docs. 39, 43] are **DENIED**, and a certificate of appealability is hereby **DENIED**.

**SO ORDERED,** this 29th day of May, 2013.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH